# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:16-CV-00058-RLV-DSC

| | |
|---|---|
| **EMMA RAE HASKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **FRANCISCO ARGUETA, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Defendants' "Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a)" (document # 11) filed April 8, 2016.  The Motion recounts that Plaintiff consents to transfer to the Middle District of North Carolina.  For this and the other reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to transfer this case to the United States District Court for the Middle District of North Carolina.

The Clerk is further directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 8, 2016

_____

David S. Cayer
United States Magistrate Judge